1  AARON D. FORD
   Attorney General
2  Steve Shevorski (Bar No. 8256)
   Chief Litigation Counsel
3  Akke Levin (Bar No. 9102)
   Senior Deputy Attorney General
4  Office of the Attorney General
   555 E. Washington Ave., Ste. 3900
5  Las Vegas, Nevada 89101
   (702)486-3420 (phone)
6  sshevorski@ag.nv.gov
   alevin@ag.nv.gov
7  *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AARGON AGENCY, INC., a Nevada corporation; ACA INTERNATIONAL, a Minnesota non-profit corporation; ALLIED COLLECTION SERVICES, INC., a Nevada corporation; ASSETCARE, LLC, a Texas limited liability company; BUSINESS AND PROFESSIONAL COLLECTION SERVICE, INC., a Nevada corporation; CAPIO PARTNERS, LLC, a Texas limited liability company; CF MEDICAL, LLC, a Nevada limited liability company; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited-liability company; COLLECTION SERVICE OF NEV ADA, a Nevada corporation; DONNA ARMENTA, an individual; DONNA ARMENTA LAW, a Nevada law firm; NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation; PLUSFOUR, INC., a Nevada corporation; RM GALICIA d/b/a PROGRESSIVE MANAGEMENT, LLC, a Nevada limited-liability company; and THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SANDY O'LAUGHLIN, in her capacity as Commissioner of State of Nevada Department Of Business And Industry Financial Institutions Division,<br><br>Defendants. | Case No. 2:21-cv-01202-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS' EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**<br>**(ECF NOS. 4 AND 5)**<br><br>**(First Request)** |

. . .

. . .

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and through their respective counsel, that the Defendant's response to Plaintiffs' Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction (ECF Nos. 4 and 5) be continued from July 9, 2021 until July 13, 2021. Plaintiffs shall have until July 20, 2021 to file their Reply. The court has scheduled this matter for hearing on July 27, 2021 at 3:00 p.m. and the parties request that the hearing date be kept. This is the first request for extension of time by Defendant.

Respectfully submitted this 8th day of July, 2021.

| | |
|---|---|
| AARON D. FORD<br>Attorney General | BROWNSTEIN HYATT FABER SCHRECK, LLP |
| By: /s/ Steve Shevorski<br>    Steve Shevorski (Bar No. 8256)<br>    Chief Litigation Counsel<br>    Akke Levin (Bar No. 9102)<br>    Senior Deputy Attorney General *Attorneys for Defendant* | By: /s/ Patrick J. Reilly<br>    Patrick J. Reilly (Bar No. 6103)<br>    preilly@bhfs.com<br>    *Attorneys for Aargon Agency, Inc., Allied Collection Services, Inc., Business and Professional Collection Service, Inc., Clark County Collection Service, LLC, Collection Service of Nevada, PlusFour, Inc., Donna Armenta, Donna Armenta Law, and the Nevada Collectors Association*<br><br>    David Israel, Esq. *(pro hac vice)*<br>    James K. Schultz, Esq. (Bar No. 10219)<br>    Brittany L. Shaw, Esq. (*pro hac vice*)<br>    SESSIONS ISRAEL & SHARTLE<br>    disrael@sessions.legal; jschultz@sessions.legal; bshaw@sessions.legal<br>    *Attorneys for ACA International, AssetCare, LLC, Capio Partners, LLC, CF Medical, LLC, RM Galicia d/b/a Progressive Management LLC, and The Law Offices of Mitchell D. Bluhm and Associates, LLC* |

## ORDER

**IT IS SO ORDERED.**

DATED this  9th   day of July, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court