Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
preilly@bhfs.com

*Attorneys for Aargon Agency, Inc., Allied Collection Services, Inc., Business and Professional Collection Service, Inc., Clark County Collection Service, LLC, Collection Service of Nevada, PlusFour, Inc., Donna Armenta, Donna Armenta Law, and the Nevada Collectors Association*

David Israel, Esq. *(admitted pro hac vice)*
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002-7227
Telephone: (504) 846-7900
Facsimile: (504) 828-3737
disrael@sessions.legal

James K. Schultz, Esq.
Nevada Bar No. 10219
Brittany L. Shaw, Esq. (*admitted pro hac vice*)
SESSIONS ISRAEL & SHARTLE, LLC
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Telephone: (619) 758-1891
Facsimile: (877) 334-0661
jschultz@sessions.legal
bshaw@sessions.legal

*Attorneys for ACA International, AssetCare, LLC, Capio Partners, LLC, CF Medical, LLC, RM Galicia d/b/a Progressive Management LLC, and The Law Offices of Mitchell D. Bluhm and Associates, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AARGON AGENCY, INC., a Nevada corporation; ACA INTERNATIONAL, a Minnesota non-profit corporation; ALLIED COLLECTION SERVICES, INC., a Nevada corporation; ASSETCARE, LLC, a Texas limited liability company; BUSINESS AND PROFESSIONAL COLLECTION SERVICE, INC., a Nevada corporation; CAPIO PARTNERS, LLC, a | Case No.: 2:21-cv-01202-RFB-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PARTIES TO SUBMIT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(FIRST REQUEST)** |

1

23072691.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

Texas limited liability company; CF MEDICAL, LLC, a Nevada limited liability company; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited-liability company; COLLECTION SERVICE OF NEVADA, a Nevada corporation; DONNA ARMENTA, an individual; DONNA ARMENTA LAW, a Nevada law firm; NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation; PLUSFOUR, INC., a Nevada corporation; RM GALICIA d/b/a PROGRESSIVE MANAGEMENT, LLC, a Nevada limited-liability company; and THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia limited liability company,

    Plaintiffs,

v.

SANDY O'LAUGHLIN, in her capacity as Commissioner of State Of Nevada Department Of Business And Industry Financial Institutions Division,

    Defendant.

## **STIPULATION**

The parties hereby agree and stipulate as follows:

1.  Plaintiffs filed their Complaint on June 25, 2021 (ECF No. 1).

2.  Defendant filed her Answer to Complaint on July 22, 2021 (ECF No. 28).

3.  On August 24, 2021, Plaintiffs filed a Motion for Leave to File Amended Complaint (ECF No. 39).

4.  The Rule 26(f) Conference is currently scheduled for September 7, 2021.

5.  The deadline for the parties to submit a proposed Discovery Plan and Scheduling Order is currently September 5, 2021. The parties agree and respectfully request that this deadline be extended to September 19, 2021.

6.  This is the first request for an extension of this deadline.

. . .

1      7.      This stipulation is made in good faith and the request is not made in attempt to delay

2  proceedings.

3  DATED this 1st day of September, 2021.        DATED this 1st day of September, 2021.

5  */s/ Patrick J. Reilly*                        */s/ Steve Shevorski*
   Patrick J. Reilly, Esq.                       Steve Shevorski
6  BROWNSTEIN HYATT FARBER                       Akke Levin
   SCHRECK, LLP                                  STATE OF NEVADA
7  100 North City Parkway, Suite 1600            Office of the Attorney General
   Las Vegas, NV  89106-4614                     555 E. Washington Ave., Ste 3900
                                                 Las Vegas, NV 89101
8  *Attorneys for Aargon Agency, Inc., Allied
   Collection Services, Inc., Business and*      *Attorneys for Defendant*
9  *Professional Collection Service, Inc., Clark
   County Collection Service, LLC, Collection*
10 *Service of Nevada, PlusFour, Inc., Donna
   Armenta, Donna Armenta Law, and the*
11 *Nevada Collectors Association*

13 */s/ David Israel, Esq.*
   David Israel, Esq. *(admitted pro hac vice)*
14 SESSIONS ISRAEL & SHARTLE, LLC
   3850 N. Causeway Boulevard, Suite 200
15 Metairie, LA 70002-7227

16 James K. Schultz, Esq.
   Brittany L. Shaw, Esq. (*admitted pro hac
17 vice*)
   SESSIONS ISRAEL & SHARTLE, LLC
18 1545 Hotel Circle South, Suite 150
   San Diego, CA 92108-3426

20 *Attorneys for ACA International, AssetCare,
   LLC, Capio Partners, LLC, CF Medical,*
21 *LLC, RM Galicia d/b/a Progressive
   Management, LLC, and*
22 *The Law Offices of Mitchell D. Bluhm and
   Associates, LLC*

                                                 **Order**

                                                 **IT IS SO ORDERED**

                                                 **DATED:** 3:31 pm, September 02, 2021

                                                 [signature]

                                                 **BRENDA WEKSLER**
                                                 **UNITED STATES MAGISTRATE JUDGE**

23072691.1