Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
preilly@bhfs.com

*Attorneys for Aargon Agency, Inc., Allied Collection Services, Inc., Business and Professional Collection Service, Inc., Clark County Collection Service, LLC, Collection Service of Nevada, PlusFour, Inc., Donna Armenta, Donna Armenta Law, and the Nevada Collectors Association*

David Israel, Esq. *(admitted pro hac vice)*
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002-7227
Telephone: (504) 846-7900
Facsimile: (504) 828-3737
disrael@sessions.legal

James K. Schultz, Esq.
Nevada Bar No. 10219
Brittany L. Shaw, Esq. (*admitted pro hac vice*)
SESSIONS ISRAEL & SHARTLE, LLC
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Telephone: (619) 758-1891
Facsimile: (877) 334-0661
jschultz@sessions.legal
bshaw@sessions.legal

*Attorneys for ACA International, AssetCare, LLC, Capio Partners, LLC, CF Medical, LLC, RM Galicia d/b/a Progressive Management LLC, and The Law Offices of Mitchell D. Bluhm and Associates, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AARGON AGENCY, INC., a Nevada corporation; ACA INTERNATIONAL, a Minnesota non-profit corporation; ALLIED COLLECTION SERVICES, INC., a Nevada corporation; ASSETCARE, LLC, a Texas limited liability company; BUSINESS AND PROFESSIONAL COLLECTION SERVICE, INC., a Nevada corporation; CAPIO PARTNERS, LLC, a | Case No.: 2:21-cv-01202-RFB-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE REPLY MEMORANDUM ON EMERGENCY MOTION FOR LEAVE TO SUPPLEMENT AND AMEND APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

1

23527277.1

| | |
|---|---|
| Texas limited liability company; CF MEDICAL, LLC, a Nevada limited liability company; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited-liability company; COLLECTION SERVICE OF NEVADA, a Nevada corporation; DONNA ARMENTA, an individual; DONNA ARMENTA LAW, a Nevada law firm; NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation; PLUSFOUR, INC., a Nevada corporation; RM GALICIA d/b/a PROGRESSIVE MANAGEMENT, LLC, a Nevada limited-liability company; and THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SANDY O'LAUGHLIN, in her capacity as Commissioner of State Of Nevada Department Of Business And Industry Financial Institutions Division,<br><br>Defendant. | **AND MOTION FOR PRELIMINARY INJUNCTION, AND FOR DECISION THEREON**<br><br>**(FIRST REQUEST)** |

## **STIPULATION**

The parties hereby agree and stipulate as follows:

1. On November 30, 3031, Plaintiffs filed an Emergency Motion for Leave to Supplement and Amend Application for Temporary Restraining Order and Motion for Preliminary Injunction, and for Decision Thereon (the "Emergency Motion") (ECF No. 53).

2. Defendant filed her Opposition to the Emergency Motion on December 14, 2021 (ECF No. 54).

3. As such, Plaintiffs' reply memorandum is currently due to be filed on December 21, 2021. The parties agree and respectfully request that this deadline be extended to December 28, 2021.

4. This is the first request for an extension of this deadline.

. . .

2

23527277.1

5. This stipulation is made in good faith and the request is not made in attempt to delay proceedings.

DATED this 21st day of December, 2021.          DATED this 21st day of December, 2021.

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Aargon Agency, Inc., Allied Collection Services, Inc., Business and Professional Collection Service, Inc., Clark County Collection Service, LLC, Collection Service of Nevada, PlusFour, Inc., Donna Armenta, Donna Armenta Law, and the Nevada Collectors Association*

*/s/ Steve Shevorski*
Steve Shevorski
Akke Levin
STATE OF NEVADA
Office of the Attorney General
555 E. Washington Ave., Ste 3900
Las Vegas, NV 89101

*Attorneys for Defendant*

*/s/ David Israel, Esq.*
David Israel, Esq. (*admitted pro hac vice*)
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002-7227

James K. Schultz, Esq.
Brittany L. Shaw, Esq. (*admitted pro hac vice*)
SESSIONS ISRAEL & SHARTLE, LLC
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426

*Attorneys for ACA International, AssetCare, LLC, Capio Partners, LLC, CF Medical, LLC, RM Galicia d/b/a Progressive Management, LLC, and The Law Offices of Mitchell D. Bluhm and Associates, LLC*

## ORDER

**IT IS SO ORDERED.**

DATED this  27th  day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE

23527277.1