Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
preilly@bhfs.com

*Attorneys for Plaintiffs*

David Israel, Esq. *(admitted pro hac vice)*
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002-7227
Telephone: (504) 846-7900
Facsimile: (504) 828-3737
disrael@sessions.legal

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, LLC
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Telephone: (619) 758-1891
Facsimile: (877) 334-0661
jschultz@sessions.legal

*Attorneys for ACA International, AssetCare, LLC, Capio Partners, LLC, CF Medical, LLC, RM Galicia d/b/a Progressive Management LLC, and The Law Offices of Mitchell D. Bluhm and Associates, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARGON AGENCY, INC., a Nevada corporation; ACA INTERNATIONAL, a Minnesota non-profit corporation; ALLIED COLLECTION SERVICES, INC., a Nevada corporation; ASSETCARE, LLC, a Texas limited liability company; BUSINESS AND PROFESSIONAL COLLECTION SERVICE, INC., a Nevada corporation; CAPIO PARTNERS, LLC, a Texas limited liability company; CF MEDICAL, LLC, a Nevada limited liability company; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited-liability company; COLLECTION SERVICE OF NEVADA, a Nevada corporation; DONNA ARMENTA, an | Case No.: 2:21-cv-01202-RFB-BNW<br><br>**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

1

individual; DONNA ARMENTA LAW, a Nevada law firm; NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation; PLUSFOUR, INC., a Nevada corporation; RM GALICIA d/b/a PROGRESSIVE MANAGEMENT, LLC, a Nevada limited-liability company; and THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia limited liability company,

Plaintiffs,

v.

SANDY O'LAUGHLIN, in her capacity as Commissioner of State Of Nevada Department Of Business And Industry Financial Institutions Division,

Defendant.

## **STIPULATION**

The parties hereby agree and stipulate as follows:

1. Plaintiffs commenced this action on June 25, 2021 (ECF No. 1).

2. On September 16, 2021, this Court approved a Stipulated Discovery Plan and Scheduling Order (ECF No. 47) setting a deadline of April 6, 2022, for the parties to submit dispositive motions.

3. On April 5, 2022, the parties submitted a proposed Stipulation and Order Extending Deadline to File Dispositive Motions up to and including April 27, 2022 (ECF No. 73).

4. This Court issued an Order granting the proposed stipulation on April 6, 2022 (ECF No. 74).

5. Defendant filed her Motion for Summary Judgment on April 27, 2022 (ECF Nos. 80 and 81).

6. Plaintiffs filed their Motion for Summary Judgment on April 27, 2022 (ECF Nos. 82 and 83).

7. The current deadline for filing oppositions to dispositive motions is May 18, 2022.

8. The parties agree to extend by two weeks, up to and including June 1, 2022, the

2

24149258.1

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

1  deadline for the parties to file oppositions to the dispositive motions in this matter.

2      9.    The parties further agree to extend the deadline for filing their respective reply briefs

3  to the dispositive motions up to and including June 15, 2022.

4      10.    This is the first request for an extension of these deadlines.

5      11.    This stipulation is made in good faith and the request is not made in attempt to delay

6  proceedings. Rather, the proposed briefing schedule has been agreed so as to not conflict with the

7  deadline to file the reply brief in Ninth Circuit Case No. 22-15352.

DATED this 13th day of May, 2022.

/s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Plaintiffs*

DATED this **th day of May, 2022.

/s/ David Israel
David Israel, Esq. *(admitted pro hac vice)*
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002-7227

James K. Schultz, Esq.
SESSIONS ISRAEL & SHARTLE, LLC
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426

*Attorneys for ACA International, AssetCare, LLC, Capio Partners, LLC, CF Medical, LLC, RM Galicia d/b/a Progressive Management, LLC, and*
*The Law Offices of Mitchell D. Bluhm and Associates, LLC*

DATED this 13th day of May, 2022.

/s/ Steve Shevorski
Steve Shevorski
Akke Levin
STATE OF NEVADA
Office of the Attorney General
555 E. Washington Ave., Ste 3900
Las Vegas, NV 89101

*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

DATED this  16th  day of May, 2022.

RICHARD E. BOULWARE, II
United States District Court

3

24149258.1