AARON D. FORD
  Attorney General
Steve Shevorski (Bar No. 8256)
  Chief Litigation Counsel
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
*Attorneys for Sandy O'Laughlin, in her official capacity*
*As Commissioner of the State of Nevada Department of Business*
*and Industry, Financial Institutions Division*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARGON AGENCY, INC., a Nevada corporation, ACA INTERNATIONAL, a Minnesota non-profit corporation; ALLIED COLLECTION SERVICES, INC. a Nevada corporation; ALLIED COLLECTION SERVICES, INC. a Nevada corporation; ALLIED COLLECTION SERVICES, INC., a Nevada corporation; ASSETCARE, LLC, a Texas limited liability company; BUSINESS AND PROFESSIONAL COLLECTION SERVICE, INC., a Nevada corporation; CAPIO PARTNERS, LLC, a Texas limited liability company; CF MEDICAL, LLC, a Nevada limited liability company; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited liability company; COLLECTION SERVICE OF NEVADA, a Nevada corporation; DONNA ARMENTA, an individual; DONNA ARMENTA LAW, a Nevada law firm; NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation, PLUSFOUR, INC., a Nevada corporation; RM GALICIA d/b/a PROGRESSIVE MANAGEMENT, LLC, a Nevada limited liability company; and THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia limited liability company,<br><br>                    Plaintiffs,<br>        vs.<br><br>SANDY O'LAUGHLIN, in her capacity as Commissioner of State of Nevada Department of Business and Industry Financial Institutions Division,<br>                    Defendant. | Case No.  2:21-cv-01202-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR REMAINING BRIEFING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT (SECOND REQUEST)** |

The parties, through their respective counsel, agree and stipulate as follows:

1. Plaintiffs commenced this action on June 25, 2021 (ECF No. 1).

2. On September 16, 2021, this Court approved a Stipulated Discovery Plan and Scheduling Order (ECF No. 47) setting a deadline of April 6, 2022, for the parties to submit dispositive motions.

3. On April 5, 2022, the parties submitted a proposed Stipulation and Order Extending Deadline to File Dispositive Motions up to and including April 27, 2022 (ECF No. 73).

4. This Court issued an Order granting the proposed stipulation on April 6, 2022 (ECF No. 74).

5. Defendant filed her Motion for Summary Judgment on April 27, 2022 (ECF Nos. 80 and 81).

6. Plaintiffs filed their Motion for Summary Judgment on April 27, 2022 (ECF Nos. 82 and 83).

7. The current deadline for filing oppositions to dispositive motions is June 1, 2022 and June 15, 2022 for replies.

8. The parties agree to extend by one week, up to and including June 8, 2022, the deadline for the parties to file oppositions to the dispositive motions in this matter.

9. The parties further agree to extend the deadline for filing their respective reply briefs to the dispositive motions up to and including June 21, 2022.

10. This is the second request for an extension of these deadlines.

11. This stipulation is made in good faith and not to delay these proceedings.

. . .

. . .

. . .

The proposed briefing schedule has been agreed due to the press of work and upcoming deadlines of Defendant's counsel in *Polymer80, Inc. v. State of Nevada ex rel. its Department of Public Safety, et al* (Case #83385 in the Nevada Supreme Court) and *Walden, et al v. State of Nevada ex rel. its Department of Corrections* (Case #3:14-cv-000320-MMD-WGC in the United States District Court of Nevada).

DATED this 31st day of May 2022.    DATED this 31st day of May 2022.

By: */s/ Steve Shevorski*    By: */s/ Patrick J. Reilly, Esq.*
    Steve Shevorski        Patrick J. Reilly, Esq.
    Akke Levin        BROWNSTEIN HYATT
    Office of the Attorney General        FARBER  SCHRECK, LLP
    555 E. Washington Ave., Ste 3900        100 North City Parkway, Suite 160
    Las Vegas, NV 89101        Las Vegas, NV 89106-4614

*Attorneys for Defendant*    *Attorneys for Plaintiffs*

DATED this 31st day of May 2022

By: */s/David Israel, Esq.*
    David Israel, Esq. (*admitted pro hac vice*)
    SESSIONS ISRAEL SHARTLE, LLC
    3850 N. Causeway Boulevard, Suite 200
    Metairie, LA 70002-7227

    James K. Schultz, Esq.
    SESSIONS ISRAEL & SHARTLE, LLC
    1545 Hotel Circle South, Suite 150
    San Diego, CA 92108-3426

*Attorneys for ACA International, AssetCare, LLC, Capio Partners, LLC, CF Medical, LLC, RM Galicia d/b/a Progressive Management, LLC, and The Law Offices of Mitchell D. Bluhm and Associates, LLC*

### ORDER

**IT IS SO ORDERED.**

DATED this <u>1st</u> day of <u>     June     </u>, 2022.

                                                
                          UNITED STATES DISTRICT JUDGE