AARON D. FORD
  Attorney General
Steve Shevorski (Bar No. 8256)
  Chief Litigation Counsel
Kiel B. Ireland (Bar No. 15368)
  Deputy Solicitor General
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for Sandy O'Laughlin,*
*in her official capacity as Commissioner of the*
*State of Nevada Department of Business and Industry,*
*Financial Institutions Division*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AARGON AGENCY, INC., a Nevada corporation, ACA INTERNATIONAL, a Minnesota non-profit corporation; ALLIED COLLECTION SERVICES, INC. a Nevada corporation; ASSETCARE, LLC, a Texas limited liability company; BUSINESS AND PROFESSIONAL COLLECTION SERVICE, INC., a Nevada corporation; CAPIO PARTNERS, LLC, a Texas limited liability company; CF MEDICAL, LLC, a Nevada limited liability company; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited liability company; COLLECTION SERVICE OF NEVADA, a Nevada corporation; DONNA ARMENTA, an individual; DONNA ARMENTA LAW, a Nevada law firm; NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation, PLUSFOUR, INC., a Nevada corporation; RM GALICIA d/b/a PROGRESSIVE MANAGEMENT, LLC, a Nevada limited liability company; and THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia limited liability company,<br><br>                    Plaintiffs,<br>          vs.<br><br>SANDY O'LAUGHLIN, in her capacity as Commissioner of State of Nevada Department of Business and Industry Financial Institutions Division,<br><br>                    Defendant. | Case No.  2:21-cv-01202-RFB-BNW<br><br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE TIME FOR REMAINING**<br>**BRIEFING ON CROSS-MOTIONS**<br>**FOR SUMMARY JUDGMENT**<br>**(THIRD REQUEST)** |

The parties, through their respective counsel, agree and stipulate as follows:

1. Plaintiffs commenced this action on June 25, 2021 (ECF No. 1).

2. On September 16, 2021, this Court approved a Stipulated Discovery Plan and Scheduling Order (ECF No. 47) setting a deadline of April 6, 2022, for the parties to submit dispositive motions.

3. On April 5, 2022, the parties submitted a proposed Stipulation and Order Extending Deadline to File Dispositive Motions up to and including April 27, 2022 (ECF No. 73).

4. This Court issued an Order granting the proposed stipulation on April 6, 2022 (ECF No. 74).

5. Defendant filed her Motion for Summary Judgment on April 27, 2022 (ECF Nos. 80 and 81).

6. Plaintiffs filed their Motion for Summary Judgment on April 27, 2022 (ECF Nos. 82 and 83).

7. This Court issued an Order granting the parties' proposed stipulation continuing the time for the remaining briefing on the Cross-Motions for Summary Judgment on May 31, 2022 (ECF No. 89). It ordered that the deadline for opposition briefs be continued to June 8, 2022, and the deadline for reply briefs be continued to June 21, 2022.

8. Defendant filed her Opposition to Plaintiffs' Motion for Summary Judgment on June 8, 2022 (ECF No. 95).

9. Plaintiffs filed their Opposition to Defendant's Motion for Summary Judgment on June 8, 2022 (ECF No.

10. The only remaining briefing is the parties' reply briefs, which are currently due June 21, 2022.

11. The parties agree to extend by seven days, up to and including June 28, 2022, the deadline for filing their respective reply briefs.

12. This is the third request for an extension of these deadlines.

13. This stipulation is made in good faith and not to delay these proceedings.

The proposed briefing schedule has been agreed due to the press of work and upcoming deadlines of Defendant's counsel in *Brown v. S. Nev. Adult Mental Health Servs.*, No. A-14-706095-C (Nev. Eighth

Judicial Dist. Ct.) and *Coyote Springs Invest., LLC v. State*, No. A-20-820384-B (Nev. Eighth Judicial Dist. Ct.), as well as because the deputy attorney general responsible for Defendant's reply brief is recovering from COVID-19.

DATED this 20th day of June 2022.

AARON D. FORD
Attorney General

By: /s/Kiel B. Ireland
   Steve Shevorski (Bar No. 8256)
   Chief Litigation Counsel
   Kiel B. Ireland (Bar No. 15368)
   Deputy Solicitor General
   Office of the Attorney General
   555 E. Washington Ave, Ste. 3900
   Las Vegas, NV 89101

   *Attorneys for Defendant*

DATED this 20th day of June 2022.

By: /s/Patrick J. Reilly
   Patrick J. Reilly, Esq.
   BROWNSTEIN HYATT
   FARBER SCHRECK, LLP
   100 North City Parkway, Suite 160
   Las Vegas, NV 89106-4614

   *Attorneys for Plaintiffs*

DATED this 20th day of June 2022.

By: /s/David Israel
   David Israel, Esq. (*admitted pro hac vice*)
   SESSIONS ISRAEL SHARTLE, LLC
   3850 N. Causeway Boulevard, Suite 200
   Metairie, LA 70002-7227

   James K. Schultz, Esq.
   SESSIONS ISRAEL & SHARTLE, LLC
   1545 Hotel Circle South, Suite 150
   San Diego, CA 92108-3426

   *Attorneys for ACA International,
   AssetCare, LLC, Capio Partners, LLC,
   CF Medical, LLC, RM Galicia d/b/a
   Progressive Management, LLC, and
   The Law Offices of Mitchell D. Bluhm
   and Associates, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED this  21st  day of  June  2022.

_____
RICHARD E. BOULWARE, II
United States District Court