Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
preilly@bhfs.com

*Attorneys for Plaintiffs*

David Israel, Esq. *(admitted pro hac vice)*
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002-7227
Telephone: (504) 846-7900
Facsimile: (504) 828-3737
disrael@sessions.legal

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, LLC
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Telephone: (619) 758-1891
Facsimile: (877) 334-0661
jschultz@sessions.legal

*Attorneys for ACA International, AssetCare, LLC, Capio Partners, LLC, CF Medical, LLC, RM Galicia d/b/a Progressive Management LLC, and The Law Offices of Mitchell D. Bluhm and Associates, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARGON AGENCY, INC., a Nevada corporation; ACA INTERNATIONAL, a Minnesota non-profit corporation; ALLIED COLLECTION SERVICES, INC., a Nevada corporation; ASSETCARE, LLC, a Texas limited liability company; BUSINESS AND PROFESSIONAL COLLECTION SERVICE, INC., a Nevada corporation; CAPIO PARTNERS, LLC, a Texas limited liability company; CF MEDICAL, LLC, a Nevada limited liability company; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited-liability company; COLLECTION SERVICE OF NEVADA, a Nevada corporation; DONNA ARMENTA, an | Case No.: 2:21-cv-01202-RFB-BNW<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE MOTION FOR JOINT STATUS CONFERENCE**<br><br>**(FIRST REQUEST)** |

1

individual; DONNA ARMENTA LAW, a Nevada law firm; NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation; PLUSFOUR, INC., a Nevada corporation; RM GALICIA d/b/a PROGRESSIVE MANAGEMENT, LLC, a Nevada limited-liability company; and THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia limited liability company,

Plaintiffs,

v.

SANDY O'LAUGHLIN, in her capacity as Commissioner of State Of Nevada Department Of Business And Industry Financial Institutions Division,

Defendant.

## **STIPULATION**

The parties hereby agree and stipulate as follows:

1. Plaintiffs commenced this action on June 25, 2021 (ECF No. 1).

2. On March 9, 2023, this Court issued a Minute Order (ECF No. 102) directing the parties to file a joint motion for status conference within thirty (30) days following the Ninth Circuit's decision on Plaintiff's appeal of this Court's Order Denying Motion for Preliminary Injunction.

3. The Ninth Circuit issued its ruling on June 15, 2023.

4. Accordingly, the deadline for the parties to submit their joint motion is July 17, 2023.

5. Counsel for the parties are currently involved in discussions with their respective clients as to the current status of this matter given the Ninth Circuit's ruling.

6. As such, the parties agree to extend by two weeks, up to and including July 31, 2023, the deadline for the parties to file a joint motion for status conference in this matter.

7. This is the first request for an extension of this deadline.

///

8. This stipulation is made in good faith and the request is not made in attempt to delay proceedings.

DATED this 13th day of July, 2023.　　　　　　DATED this 13th day of July, 2023.

*/s/ Patrick J. Reilly*　　　　　　　　　　　　　*/s/ Marni Watkins*
Patrick J. Reilly, Esq.　　　　　　　　　　　　Marni Watkins
BROWNSTEIN HYATT FARBER　　　　　　Nevada Bar No. 9674
SCHRECK, LLP　　　　　　　　　　　　　　STATE OF NEVADA
100 North City Parkway, Suite 1600　　　　　Office of the Attorney General
Las Vegas, NV 89106-4614　　　　　　　　　555 E. Washington Ave., Ste 3900
　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED this 13th day of July, 2023.　　　　　　*Attorneys for Defendant*

*/s/ David Israel*
David Israel, Esq. *(admitted pro hac vice)*
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002-7227

James K. Schultz, Esq.
SESSIONS ISRAEL & SHARTLE, LLC
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426

*Attorneys for ACA International, AssetCare, LLC, Capio Partners, LLC, CF Medical, LLC, RM Galicia d/b/a Progressive Management, LLC, and The Law Offices of Mitchell D. Bluhm and Associates, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED this ___13th___ day of July, 2023.　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

DATED this

3