Patrick J. Reilly, Esq.
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
preilly@bhfs.com

*Attorneys for Plaintiffs*

David Israel, Esq. *(admitted pro hac vice)*
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002-7227
Telephone: (504) 846-7900
Facsimile: (504) 828-3737
disrael@sessions.legal

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, LLC
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Telephone: (619) 758-1891
Facsimile: (877) 334-0661
jschultz@sessions.legal

*Attorneys for ACA International, AssetCare, LLC,
Capio Partners, LLC, CF Medical, LLC,
RM Galicia d/b/a Progressive Management LLC, and
The Law Offices of Mitchell D. Bluhm and Associates,
LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AARGON AGENCY, INC., a Nevada corporation; ACA INTERNATIONAL, a Minnesota non-profit corporation; ALLIED COLLECTION SERVICES, INC., a Nevada corporation; ASSETCARE, LLC, a Texas limited liability company; BUSINESS AND PROFESSIONAL COLLECTION SERVICE, INC., a Nevada corporation; CAPIO PARTNERS, LLC, a Texas limited liability company; CF MEDICAL, LLC, a Nevada limited liability company; CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited-liability company; COLLECTION SERVICE OF NEVADA, a Nevada corporation; DONNA ARMENTA, an | Case No.: 2:21-cv-01202-RFB-BNW<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1

25901747.1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702 382 2101

| | |
|---|---|
| 1 | individual; DONNA ARMENTA LAW, a Nevada law firm; NEVADA COLLECTORS ASSOCIATION, a Nevada non-profit corporation; PLUSFOUR, INC., a Nevada corporation; RM GALICIA d/b/a PROGRESSIVE MANAGEMENT, LLC, a Nevada limited-liability company; and THE LAW OFFICES OF MITCHELL D. BLUHM & ASSOCIATES, LLC, a Georgia limited liability company, |
| 7 | Plaintiffs, |
| 8 | v. |
| 9 | SANDY O'LAUGHLIN, in her capacity as Commissioner of State Of Nevada Department Of Business And Industry Financial Institutions Division, |
| 11 | Defendant. |

13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

2

25901747.1


## STIPULATION

The parties hereby agree and stipulate to dismiss the above-entitled action with prejudice, with each party to bear their own respective attorney's fees and costs of suit.

DATED this 23rd day of August, 2023.            DATED this 23rd day of August, 2023.

/s/ Patrick J. Reilly                              /s/ Sabrena K. Clinton
Patrick J. Reilly, Esq.                            Marni Watkins
BROWNSTEIN HYATT FARBER                            Nevada Bar No. 9674
SCHRECK, LLP                                       Sabrena K. Clinton
100 North City Parkway, Suite 1600                 Nevada Bar No. 6499
Las Vegas, NV 89106-4614                           STATE OF NEVADA
                                                   Office of the Attorney General
*Attorneys for Plaintiffs*                         555 E. Washington Ave., Ste 3900
                                                   Las Vegas, NV 89101
DATED this 23rd day of August, 2023.

*Attorneys for Defendant*

/s/ David Israel
David Israel, Esq. *(admitted pro hac vice)*
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Boulevard, Suite 200
Metairie, LA 70002-7227

James K. Schultz, Esq.
SESSIONS ISRAEL & SHARTLE, LLC
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426

*Attorneys for ACA International, AssetCare, LLC, Capio Partners, LLC, CF Medical, LLC, RM Galicia d/b/a Progressive Management, LLC, and The Law Offices of Mitchell D. Bluhm and Associates, LLC*

## ORDER

**IT IS SO ORDERED.**

DATED this  24   day of August, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

25901747.1